**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1265

CATHY LITTLE,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General, United
States Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, Senior District Judge.
(CA-03-3403-MJG)

Submitted:  August 3, 2005          Decided:  August 17, 2005

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cathy Little, Appellant Pro Se.  Tarra Deshields Minnis, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cathy Little appeals the district court's orders granting summary judgment for Appellee on some claims, and implementing the jury's verdict on other claims, in this action arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e - 2000e-17 (2000), and 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm based on the jury's verdict and for the reasons stated by the district court. See Little v. Potter, No. CA-03-3403-MJG (D. Md. Mar. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED